UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
AUG 8 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
v. ) 1:16-CR-00115-LJO-SKO
)
MIGUEL GARCIA-GARCIA )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum   ( ) Ad Testificandum.

Name of Detainee: MIGUEL GARCIA-GARCIA
Detained at (custodian): Wasco State Prison

Detainee is: a.) (X) charged in this district by:
(X) Indictment   ( ) Information   ( ) Complaint
Charging Detainee With: **8 U.S.C. § 1326(a)&(b)(2) Deported Alien Found in the United States**

or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ( ) return to the custody of detaining facility upon termination of proceedings
or b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/Vincenza Rabenn
Printed Name & Phone No: VINCENZA RABENN/ 559-497-4000
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum   ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date August 8, 2016
United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable): _____   Male X   Female ___

Booking or CDC #: BA4304   DOB: _____
Release Date: APRIL 14, 2017   Race: _____
FBI #: 527363FB6

Facility Address: _____
Currently Incarcerated For: _____

**RETURN OF SERVICE**

Executed on _____ by _____
(Signature)

Revised 11/19/97
N:\DOCUMENTS\VINCENZA RABENN\IMMIGRATION WRIT.DOCX
Form Crim-48